BEFORE THE SECOND DIVISION, JULY 25, 1962

**No. 66932.**—Seedman International Corp. *v.* United States protest 60/10707–16046 (New Orleans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 66933.**—Daido Corporation *v.* United States, protest 60/14500 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel chains, valued at over 40 cents per pound, the claim of the plaintiff was sustained.

**No. 66934.**—General Materials Company, Div. Crosby Products Corporation *v.* United States, protest 61/23847 (New York).

Opinion by LAWRENCE, J. An examination of the protest disclosing that it was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the protest was dismissed.